Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE L. FRAZIER, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY NON-UNION LONG-TERM DISABILITY PLAN (PLAN 728777), The Plan, and AETNA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | NO. 2:17-cv-00283-JPD<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL<br><br>Noting Date: June 13, 2017<br>Without Oral Argument |

THIS MATTER came before the undersigned Judge of the above-entitled Court on Defendants' Unopposed Motion to File the Administrative Record Under Seal. The Court, being familiar with the files and records herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Unopposed Motion to File the Administrative Record Under Seal is GRANTED, and the Administrative Record shall remain under seal.

Dated: May 25, 2017.

_____
THE HONORABLE RICHARD A. JONES

[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION
TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL - 1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822