UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE L. FRAZIER, a single woman,<br><br>        Plaintiff,<br>vs.<br><br>THE BOEING COMPANY NON-UNION LONG-TERM DISABILITY PLAN (PLAN 728777), The Plan, and AETNA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | Case No.: 2:17-CV-00283 RAJ<br><br>**~~PROPOSED~~ STIPULATED ORDER** |

The parties have stipulated, based on the current status of 9th Circuit law, and pursuant to *Rorabaugh v. Continental Casualty Company*, 321 Fed. Appx. 708 (9th Cir.2009) (holding that parties may stipulate to the applicable standard of review in ERISA litigation), that the applicable standard of review to be applied to Defendant's decision regarding Plaintiff's claim for long-term disability benefits in this ERISA matter is *de novo*. Therefore, the Court hereby orders that the applicable standard of review to be applied to Defendant's decision regarding Plaintiff's claim for long-term disability benefits in this ERISA matter is *de novo*.

Dated this 5th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ STIPULATED ORDER – 1

LAW OFFICES OF
NELSON BLAIR LANGER ENGLE PLLC
12055 15th Avenue NE
Seattle, Washington 98125
Telephone: 206~623~7520
Facsimile: 206~622~7068